UNITED STATES DISTRICT COURT OFFICE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Comcast of Massachusetts I, Inc. | ) | Case No. 2004 JUN -7 A 11: 43 |
| | ) | |
| Plaintiff | ) | CORPORATION DISCLOSURE |
| | ) | STATEMENT |
| vs. | | 04  1 1 2 4 1 MEL |
| | ) | |
| Scott McAdam | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc.

(hereinafter "Comcast"), a non-governmental corporation, identifies the following parent

corporation and any publicly held corporation that owns 10% or more of its stock:

1.  Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at

    6 Campanelli Drive Andover, MA;

2.  Comcast of Massachusetts I, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Local Counsel,

6/4/04
Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328