UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Comcast of Massachusetts I, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11241-MEL |
| v. | ) | |
| | ) | |
| Scott McAdam | ) | |
| Defendant. | ) | |

ORDER OF RECUSAL

LASKER, S.D.J.

I hereby recuse myself from this case in order to avoid

a conflict arising from a financial interest.

See 28 U.S.C. sec. 455 (b)(4).

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated: June 9, 2004                     George H. Howarth
Boston, Massachusetts                        Deputy Clerk