AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Scott McAdam

**SUMMONS IN A CIVIL CASE**

04 11241 MEL

CASE NUMBER:

TO: (Name and address of Defendant)

Scott McAdam
2 Grandview Road
Methuen, MA 01844

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  JUN 7 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

NAM

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

C

*Essex, ss.*

June 22, 2004

I hereby certify and return that on 6/19/2004 at 11:16 am I served a true and attested copy of the summons, complaint, civil cover sheet, and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Scott McAdam, 2 Grandview Road, Methuen, MA 01844, and by mailing 1st class to the above address on 6/19/2004. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $48.90

_____
Deputy Sheriff

Deputy Sheriff Tom Tombarello

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                Date                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.