UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COMCAST OF MASSACHUSETTS**

**V.**                                    **CIVIL ACTION NO. 04-11241-RCL**

**SCOTT MCADAM**

### NOTICE OF DEFAULT

For failure of the defendant, **Scott McAdam** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 29th day of September, 2004.

TONY ANASTAS, CLERK

By:/s/ Lisa M. Hourihan
September 29, 2004                              Deputy Clerk